CONCANNON PLASTIC SURGERY AND SPECIALTY SURGICAL SERVICES, LLC, Appellants,

v.

VINOD GANHDI MOTEL 6, Lambs Construction and Yogi Krupa, Inc. d/b/a Motel 6 East, Respondents.

No. WD 76784.

Missouri Court of Appeals, Western District.

April 29, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied Aug. 19, 2014.

David G. Brown, Columbia, MO, for appellants.

John H. Thompson, Overland Park, KS, for respondents.

Before Division Two: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

This appeal arises from a dispute over payment of medical costs in a workers' compensation matter. Because the Commission did not abuse its discretion, the cause is affirmed. Rule 84.16(b).